# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| IN RE: ) | |
| CHRIS PETTIT & ASSOCIATES, PC, ) | Bankruptcy Case No. 22-50591-CAG |
| and CHRISTOPHER JOHN PETTIT, ) | |
| ) | |
| Debtors. ) | |

| | |
|---|---|
| ERIC TERRY, CHAPTER 11 TRUSTEE, ) | |
| ) | |
| Appellant, ) | |
| ) | |
| V. ) | CIVIL ACTION NO. SA-24-CA-176-FB |
| ) | |
| WELLS FARGO BANK, N.A., and ) | |
| JAMES C. ARMSTRONG, ) | |
| ) | |
| Appellees. ) | |

## ORDER OF DISMISSAL WITHOUT PREJUDICE AND JUDGMENT

Before the Court is the Unopposed Motion to Dismiss Appeal (docket no. 4) filed on May 14, 2024, by Appellant Eric Terry, Chapter 11 Trustee. The certificate of conference included with the motion indicates that Appellees Wells Fargo Bank, N.A. and James C. Armstrong are unopposed to the relief requested in the motion. The Court has reviewed the motion, along with the entire record in this case, and is of the opinion that the motion has merit and should be granted.

Accordingly, IT IS HEREBY ORDERED, ADJUDGED and DECREED that the Unopposed Motion to Dismiss (docket no. 4) is GRANTED such that this bankruptcy appeal is DISMISSED WITHOUT PREJUDICE. Remaining motions pending with the Court, if any, are Dismissed as Moot and this case is CLOSED.

It is so ORDERED.

SIGNED this 14th day of May, 2024.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE